690 A.2d 137

IN THE MATTER OF WALTER S. SWIRSKY,
AN ATTORNEY AT LAW.

March 25, 1997.

## ORDER

The Office of Attorney Ethics having filed with the Court on March 10, 1997, a Petition for Transfer to Disability Inactive

Status for **WALTER S. SWIRSKY** of **MURRAY HILL,** and the Office of Attorney Ethics and respondent having agreed that respondent is presently unable to engage in the practice of law and should be transferred to disability inactive status in accordance with *Rule* 1:20–12(b) and good cause appearing:

It is ORDERED that **WALTER S. SWIRSKY** is hereby transferred to disability inactive status, effective immediately, pending final determination of all grievances, and until further Order of the Court; and it is further

ORDERED that **WALTER S. SWIRSKY** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **WALTER S. SWIRSKY** comply with *Rule* 1:20–20 governing suspended, disbarred and incapacitated attorneys.